UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00584-MOC
(3:12-cr-00097-MOC-DCK-1)

| | |
|---|---|
| LAVONTE LAMONT HALLMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on its own motion on the Supreme Court's denial of the petition for writ of certiorari in United States v. Ali, --- S. Ct. ---, 2021 WL 5284639 (Nov. 15, 2021).

On June 23, 2016, Petitioner filed a Section 2255 Motion to Vacate. [Doc. 1]. Most recently, this action was stayed pending final disposition of United States v. Ali, No. 15-4433 by the Fourth Circuit. On November 15, 2021, the Supreme Court denied Ali's petition for writ of certiorari. The Court will, therefore, lift the stay in this matter and order the Government to respond to Petitioner's Section 2255 Motion to Vacate.

**IT IS, THEREFORE, ORDERED** that the stay is this matter is hereby **LIFTED** and the Government has 45 days from this Order to respond to Petitioner's Section 2255 Motion to Vacate.

Signed: December 9, 2021

Max O. Cogburn Jr
United States District Judge